# United States District Court
## Violation Notice

**CVB Location Code**
CC72

| Violation Number | Officer Name | Officer No. |
|---|---|---|
| FBDV00FX | ST. JOHN | 2235 |

FBDV00FX

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense | Offense |
|---|---|
| 03/06/2019     14:08 | FED   21USC   844A |

**Place of Offense**
FOREST ROAD 1N33

Offense Description: Factual Basis for Charge          HAZMAT ☐

POSSESSION OF A CONTROLLED SUBSTANCE (METH)

## DEFENDANT INFORMATION          Phone ▮▮▮▮▮▮

| Last Name | First Name | M.I. |
|---|---|---|
| WEIDNER | STEVEN | D |

## VEHICLE     VIN                                    CMV ☐

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|
| | | | | | |

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.

SEE INSTRUCTIONS (opposite).

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

SEE INSTRUCTIONS (opposite).

| | |
|---|---|
| | Forfeiture Amount |
| $30.00 | Processing Fee |
| PAY THIS AMOUNT | Total Collateral |

## YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| To Be Notified. | |
| | Time (hh:mm) |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant _____

Previous edition is obsolete          Original - CVB Copy          FS-5300-4 (7/05)

FBDV00FX

STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____March 6, 2019_____ while exercising my duties as a law

officer in the _____Central_____ District of _____CA_____

Pursuant to 16USC 551:

while patrolling Forest Service Road 1N33 within the SAN BERNARDINO NATIONAL FOREST I observed a tan chevrolet sedan with no license plates sitting stationary on the side of the road. Lytle Creek road area is known to be frequented by persons with drugs and warrants. It was raining when I approached the vehicle, making contact to check status and possibly investigate a person using NFS lands for residential purposes. Upon approaching the driver's window I observed a female holding a glass meth pipe. I knocked on the window and made contact with her and a male passenger, later identified as Steven WEIDNER. Both occupants admitted to having been smoking meth. The female also admitted to having some marijuana in the vehicle. I asked the occupants to surrender all of the prohibited substances. The male subject took out crystal meth from his pocket, the female had two glass meth pipes in the driver's door and also produced a bag of marijuana. I issued the violation notices to the subjects for the controlled substance violations. I advised the occupants I wasn't charging them for the paraphernalia. The female, later identified as Andrea PROCTOR then became agitated and said she'd rather just be charged with the paraphernalia. I provided copies of their violation notices and cleared the scene. No further.

The foregoing statement is based upon:

MY PERSONAL INVESTIGATION

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed _____March 6, 2019_____          *Sonny St John*

Date (mm/dd/yyyy)          Officer's Signature

☐  Probable cause has been stated for the issuance of a

Executed on: _____

Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;      CMV = Commercial vehicle involved in incident